United States District Court
Southern District of Texas
**ENTERED**
December 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD STEPHEN ALDEN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-215 |
| | § § | |
| BLACK GOLD RENTAL TOOLS, INC., | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's order (D.E. 55) adopting Magistrate Judge Jason B. Libby's Memorandum and Recommendation (D.E. 53), the Court enters this final judgment dismissing the above-entitled action with prejudice.

SIGNED and ORDERED this 10th day of December 2019.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE